447 A.2d 667

Schenk v. Kuo Sin Chen, Appellant.

Argued December 9, 1981.
Joseph I. Papalini, for appellant; Barry Adelman, for appellees.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The order of the court is affirmed.

449 A.2d 759

Seitz v. Lang, Jr., Appellant.
Reargument Denied Sept. 17, 1982.

Argued October 26, 1981. Alan Berman, for appellant; Eugene J. Reinbold, for appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

Judgment affirmed.

SPAETH, J., concurred in the result.